ACCEPTED
04-15-00733-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/20/2015 10:30:47 AM
KEITH HOTTLE
CLERK

## CAUSE NO. 2014-CI-07817

| | | |
|---|---|---|
| THE TEXAS ASSOCIATION OF BUILDERS AND THE GREATER SAN ANTONIO BUILDERS ASSOCIATION<br>Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br>FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>11/20/2015 10:30:47 AM<br>KEITH E. HOTTLE<br>Clerk |
| vs. | §<br>§ | 407th JUDICIAL DISTRICT |
| THE CITY OF HELOTES, TOM SCHOOLCRAFT, IN HIS CAPACITY AS MAYOR OF HELOTES; RICK SCHRODER, IN HIS CAPACITY AS HELOTES CITY ADMINISTRATOR; AND ERNEST CRUZ, IN HIS CAPACITY AS HEAD OF THE HELOTES DEVELOPMENT SERVICES DEPARTMENT,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | BEXAR COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come THE CITY OF HELOTES, TOM SCHOOLCRAFT, IN HIS CAPACITY AS MAYOR OF HELOTES, RICK SCHRODER, IN HIS CAPACITY AS HELOTES CITY ADMINISTRATOR, and ERNEST CRUZ, IN HIS CAPACITY AS HEAD OF THE HELOTES DEVELOPMENT SERVICES DEPARTMENT, Defendants in the above-styled and numbered cause, and file this their Notice of Appeal pursuant to Rule 25, T.R.A.P, and in support thereof, would respectfully show unto the Court as follows:

1.      This Notice pertains to Cause No. 2014-CI-07817 pending in the 407th Judicial District Court of Bexar County, Texas.

2.      A Final Judgment was entered in favor of the Plaintiffs, THE TEXAS ASSOCIATION OF BUILDERS and THE GREATER SAN ANTONIO BUILDERS

ASSOCIATION, in this cause of action on August 27, 2015, by the Honorable Judge Karen Pozza, Judge Presiding.

3.     Defendants desire to appeal from the Final Judgment signed by the Honorable Judge Karen Pozza on August 27, 2015, as well as the Traditional Motion for Summary Judgment on Plaintiffs' Claims for Costs, Attorney's Fees, Expenses and Injunctive Relief and Alternatively, Motion for Award of Costs, Attorney's Fees, Expenses and Injunctive Relief Judgment which form the basis of the Final Judgment.

4.     The appeal of this case is to be taken to the Fourth Court of Appeals.

5.     Defendants, THE CITY OF HELOTES, TOM SCHOOLCRAFT, IN HIS CAPACITY AS MAYOR OF HELOTES, RICK SCHRODER, IN HIS CAPACITY AS HELOTES CITY ADMINISTRATOR, and ERNEST CRUZ, IN HIS CAPACITY AS HEAD OF THE HELOTES DEVELOPMENT SERVICES DEPARTMENT, are the parties filing this Notice.

**WHEREFORE, PREMISES CONSIDERED,** Defendants/Appellants request that the Clerk of this Honorable Court duly file this Notice of Appeal and pursuant to Rule 25.1(f), T.R.A.P., send a copy of this Notice of Appeal to the Clerk of the Fourth Court of Appeals and to the court reporter responsible for preparing the reporter's record.

Respectfully submitted,

**DAVIDSON TROILO REAM & GARZA, P.C.**
601 N.W. Loop 410, Suite 100
San Antonio, Texas 78216
Telephone:  (210) 349-6484
Facsimile:   (210) 349-0041

2

By: _____

**KEITH A. KENDALL**
State Bar No. 11263250
Email: kkendall@dtrglaw.com
**STEVEN M. PENA, SR.**
State Bar No. 00791425
Email: spena@dtrglaw.com

## ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded pursuant to Rule 21a, Texas Rules of Civil Procedure, on this the _30_ day of November, 2015, as follows:

Mr. Paul A. Fletcher
Mr. Ruben R. Barrera
Ms. Sara Murray
**LANGLEY & BANACK, INC.**
745 East Mulberry, Suite 900
San Antonio, Texas 78212

_____
**KEITH A. KENDALL**

3